United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 19, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-20838
Summary Calendar

DARRELL J. HARPER,

Plaintiff-Appellee,

versus

JEFF BECK,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CV-3270

Before GARWOOD, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

Jeff Beck appeals the denial of his motion for sanctions. Beck renewed his motion (which had not been ruled on) that sanctions be imposed against Darrell J. Harper the day following the dismissal of Harper's civil rights complaint. Beck avers that the district court should have sanctioned Harper for his repetitive and frivolous pursuit of litigation.

The district court denied Beck's motion for sanctions without

_____

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

assigning any reasons.  We are therefore unable to conduct a meaningful review of the district court's order.  *See Copeland v. Wasserstein, Perella & Co., Inc.*, 278 F.3d 472, 484-86 (5th Cir. 2002).  We vacate the district court's order denying sanctions and remand for an explanation of whatever ruling the district court might make on the sanctions issue on remand.

VACATED AND REMANDED.